In the Matter of the Application of CLAYTON M. DEMOTT, III, in Relation to the Estate of THOMAS F. BALFE, Deceased, for an Order Vacating and Setting Aside as against the Said CLAYTON M. DEMOTT, III, the Order and Decree of This Court, Entered in the Office of the Clerk Thereof on or about October 23, 1934, in a Certain Proceeding Entitled " In the Matter of the Judicial Settlement of the Intermediate Account of the Acts and Proceedings of the TITLE GUARANTEE AND TRUST COMPANY, as Trustee of the Trusts for the Benefit of LAURA BALFE WHITNEY and Remaindermen and HELEN BALFE DEMOTT and Remaindermen under the Last Will and Testament of THOMAS F. BALFE, Deceased." CLAYTON M. DEMOTT, III, Appellant; TITLE GUARANTEE & TRUST COMPANY, Respondent. In the Matter of the Application of CLAYTON M. DEMOTT, III, in Relation to the Estate of MARY A. BALFE, Deceased, for an Order Vacating and Setting Aside as against the Said CLAYTON M. DEMOTT, III, the Order and Decree of This

Court, Entered in the Office of the Clerk Thereof on or about October 23, 1934, in a Certain Proceeding Entitled " In the Matter of the Judicial Settlement of the Intermediate Account of the Acts and Proceedings of the TITLE GUARANTEE AND TRUST COMPANY, as Trustee of the Trusts for the Benefit of LAURA BALFE WHITNEY and Remaindermen and HELEN BALFE DeMOTT and Remaindermen under the Last Will and Testament of MARY A. BALFE, Deceased." CLAYTON M. DeMOTT, III, Appellant; TITLE GUARANTEE & TRUST COMPANY, Respondent. — Appeals from two orders of the Surrogate's Court, Orange County, denying applications by the appellant to vacate and set aside two decrees in accounting proceedings, entered October 23, 1934, and for permission to prosecute in his own behalf objections theretofore filed. Orders affirmed, with one bill of ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [174 Misc. 279.]